IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, formally the Sheep Ranch Rancheria of Me-Wuk Indians of California (a Federally Recognized Indian Tribe), <br><br>YAMIKA DIXIE (as Chief/Puntative Member), <br><br>      Plaintiffs, <br><br>  v. <br><br>SILVIA BURLEY (as possessor of Tribal records), TROY BURDICK, Superintendant, Bureau of Indian Affairs, United States of America (as trustee), ONEWEST BANK (as property owner), <br><br>      Defendants. <br>_____/ | Case No. 2:09-cv-01900-JAM-GGH <br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS |

    This matter is before the Court on Defendant Silvia Burley's motion for sanctions against Plaintiffs' counsel

1

pursuant to Federal Rule of Civil Procedure 11(b).[1]  Doc. # 11. Plaintiffs did not file an opposition to this motion.

On August 12, 2009 the Court held a hearing in this action regarding Plaintiffs' motion for a preliminary injunction and Defendants' motions to dismiss.  The Court denied Plaintiffs' motion for a preliminary injunction and granted Defendants' motions to dismiss for all the reasons stated at the hearing and in the Court's August 31, 2009 written Order.  Doc. # 23.

Having considered the briefing on the instant motion, and all pleadings and records filed in this action, the Court finds that a reasonable pre-filing inquiry into the merits of this action would have clearly revealed that (1) Plaintiffs lacked the necessary Article III standing to bring this suit; (2) the Court lacked subject matter jurisdiction over the action; and (3) Plaintiffs initiated the action prior to exhausting their administrative remedies.  As such, the Court concludes that Plaintiffs' attorney did not make a reasonable investigation into the merits of the case prior to filing the action with this Court.  As a result, Plaintiffs filed a frivolous lawsuit that resulted in a waste of judicial resources and unnecessary costs to Defendants.

---

[1]  Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

   For the reasons set forth above, the Court GRANTS Defendant Silvia Burley's Motion for Sanctions, imposing sanctions on Plaintiffs' counsel Thomas Wolfrum in the amount of $3750.00 to be paid to Defendants for the reasonable attorneys' fees incurred in this matter.

   IT IS SO ORDERED.

Dated:  October 22, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE